UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 06088
  BRIAN SCHUSTER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-4067
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/04/07 and confirmed on 09/19/07.

2. The case was dismissed after confirmation, 06/06/2008.

3. The Debtor paid a total of $   4315.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| EMC MORTGAGE | SECURED | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1231.86 | .00 | 171.45 |
| CAPITAL ONE BANK | UNSECURED | 1176.01 | .00 | 163.68 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3346.03 | .00 | 465.71 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 2573.94 | .00 | 358.25 |
| NELNET LOAN SRVS INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 280.25 | .00 | 39.01 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 679.09 | .00 | 94.52 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11408.23 | .00 | 1587.83 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 635.34 | .00 | 88.43 |
| B REAL LLC | UNSECURED | 849.28 | .00 | 118.21 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 22180.03 | .00 | 22180.03 |
| PRINCIPAL PAID | .00 | .00 | 3087.09 | .00 | 3087.09 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 3087.09 | .00 | 3087.09 |

The Debtor's attorney, ILLINI LEGAL SERVICES         , was allowed $   2500.00 and was paid $   1500.00  direct and $   1000.00  through the plan.

The Trustee received $    227.91 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
     CASE NO. 07 B 06088 BRIAN SCHUSTER